UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Doris V. Daniels, Annie Dennis, Betty
Jo Dews, Mary A. Haught, Catherine J.
Lloyd, Bertha L. McGowen, Betty J. Pace,
Glenda Petree, Delida Rager,

       Plaintiffs,                        Civil No. 05-2953 (RHK/JSM)

vs.                                    **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc.,

       Defendants.


       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 22, 2005

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge